**No. 42734.**—Protests 996652–G/88576, etc., of American Shipping Co. et al. (Chicago, etc.).

Opinion by BROWN, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 42735.**—Protests 981876–G, etc., of Kuhne-Libby Co. et al. (Galveston, etc.).

Opinion by BROWN, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 42736.**—Protest 997832–G/88596 of N. Shure Co. (Chicago).

Opinion by TILSON, J.  In accordance with agreement of counsel and on the authority of Abstract 40586 the harmonicas in question were held dutiable at 40 percent under paragraph 1541 (a) as claimed.

**No. 42737.**—Protest 989419–G of Rohner, Gehrig & Co. (New York).

Opinion by TILSON, J.  As there was nothing in the record to warrant disturbing the collector's action the court dismissed the protest following the authorities cited in Abstract 15400.

**No. 42738.**—Protest 966606–G of Thermal Syndicate Co., Ltd. (San Francisco).

Opinion by TILSON, J.  In accordance with agreement of counsel and the report of the appraiser the claim as waste at 10 percent under paragraph 1555 was sustained.

**No. 42739.**—Protest 927114–G of M. Pressner & Co. (New York).

Opinion by TILSON, J.  In accordance with stipulation of counsel squawker balloons were held dutiable as manufactures of bamboo at 45 percent under paragraph 409 on the authority of Abstract 40493.  Trick daggers similar to those the subject of Abstract 37637 and siren whistles and horns like those the subject of Abstracts 39948 and 40480. were held dutiable at 45 percent under paragraph 397 as claimed.